IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | ) | |
|---|---|---|
| **RICHARD A. ATKINSON, M.D.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Civil No. 08-2694-Ma/P** |
| vs. | ) | |
| | ) | |
| **MORGAN ASSET MANAGEMENT, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

**ORDER OF TRANSFER**
_____

The above case is hereby transferred to Magistrate Judge Diane K. Vescovo for further references and assignments.

The clerk is directed to take the appropriate action to reassign this case to the magistrate judge who receives the assignment.

IT IS SO ORDERED.

S/Tu M. Pham
TU M. PHAM
United States Magistrate Judge

March 16, 2009
Date