```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

RICHARD A. ATKINSON, M.C.,
PATRICIA B. ATKINSON, et al.,
on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.                                          Cv. No. 08-2694-Ma

MORGAN ASSET MANAGEMENT, INC.,
MORGAN KEEGAN & COMPANY, INC.,
MK HOLDING, INC., REGIONS
FINANCIAL CORPORATION, REGIONS
BANK, MK HOLDING, INC., et al.,

      Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Denying Plaintiff's Motion to Remand and Dismissing Plaintiffs' Action, docketed September 23, 2009.


**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


October 15, 2009                    THOMAS M. GOULD
DATE                                CLERK

                                         S/ *Jean Lee*
                                         (By) DEPUTY CLERK