IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| RICHARD A. ATKINSON, M.D., PATRICIA B. ATKINSON, DIANA W. CRUMP, FRANK D. TUTOR, GWENDOLYN T. TUTOR, H. AUSTIN LANDERS, JEANETTE H. LANDERS, ALABAMA ELKS TRUST, INC., FRED KRIMM, JONATHAN M. BLOOM, TODD R. LEREN, BRENDA BLATT, DAJALIS, LTD., HARVEY BERKEY, LARRY D. SHAW, NOAH B. KIMBALL, M.D., ROBERT L. SUMMIT, JR., M.D., CHARLES B. ANDERSON, M.D., ANDREA L. ANDERSON, ELROY N. SCHULER, LISBETH R. SCHULER, JAMES H. FRAZIER, LLOYD R. THOMAS, M.D., ALBERT R. COLOMBO and PATRICIA A. COLOMBO, PHOEBE HECKLE, FERD HECKLE, MARYAN MERCER and JOHN R. S. ROBILIO, on behalf of themselves and all others similarly situated, | No. 2:08-cv-02694-SHM-tmp<br><br>Judge Samuel H. Mays, Jr.<br>Magistrate Judge Diane K. Vescovo |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF APPEAL** |
| MORGAN ASSET MANAGEMENT, INC., MORGAN KEEGAN & COMPANY, INC., MK HOLDING, INC., REGIONS FINANCIAL CORPORATION, REGIONS BANK, MK HOLDING, INC., ALLEN B. MORGAN, JR., J. KENNETH ALDERMAN, JACK R. BLAIR, ALBERT C. JOHNSON, JAMES STILLMAN R. MCFADDEN, W. RANDALL PITTMAN, MARY S. STONE, ARCHIE W. WILLIS, III, BRIAN B. SULLIVAN, JOSEPH C. WELLER, J. THOMPSON WELLER, CHARLES D. MAXWELL, MICHELE F. WOOD, JAMES C. KELSOE, JR., DAVID H. TANNEHILL, and PRICEWATERHOUSECOOPERS, LLP, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Richard A. Atkinson, M.D., Patricia B. Atkinson, Diana W. Crump, Frank D. Tutor, Gwendolyn T. Tutor, H. Austin Landers, Jeanette H. Landers, Alabama Elks Trust, Inc., Fred Krimm, Jonathan M. Bloom, Todd R. Leren, Brenda Blatt, Dajalis, Ltd., Larry D. Shaw, Noah B. Kimball, M.D., Robert L. Summit, Jr., M.D., Charles B. Anderson, M.D., Andrea L. Anderson, Elroy N. Schuler, Lisbeth R. Schuler, James H. Frazier, Lloyd R. Thomas, M.D., Albert R. Colombo and Patricia A. Colombo, Phoebe Heckle, Ferd Heckle, Maryan Mercer and John S. Robilio, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Sixth Circuit from an Order of the United States District Court for the Western District of Tennessee (Mays, J) dated September 23, 2009 denying Plaintiffs' motion to remand and dismissing Plaintiffs' suit with prejudice. Final judgment was entered on October 15, 2009.

DATED:  October 20, 2009  **s/ Jerome A. Broadhurst**
Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
APPERSON, CRUMP & MAXWELL, PLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119-3972
(901) 260-5133 direct
(901) 435-5133 fax
jbroadhurst@appersoncrump.com

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
Vernon J. Vander Weide
Thomas V. Seifert
333 South Seventh Street, Suite 1140
Minneapolis, MN 55402-2422
Telephone: 612-339-1601
Fax: 612-339-3372
vvanderweide@hsvwlaw.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Gregg M. Fishbein
Matthew R. Salzwedel
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
gmfishbein@locklaw.com

**ZIMMERMAN REED P.L.L.P.**
Carolyn G. Anderson
Kirsten D. Hedberg
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: 612-341-0400
Fax: 612-341-0844
cga@zimmreed.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 20th day of October, 2009, a true and correct copy of the foregoing has been served by electronic means via e-mail transmission (including the Court's ECF System) or by U.S. mail, postage prepaid to the following:

Shepherd D. Tate, Esq.
Michael A. Brady, Esq.
**Bass, Berry, & Sims, PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672

Matthew M. Curley, Esq.
Michael L. Dagley, Esq.
W. Brantley Phillips
**Bass, Berry, & Sims, PLC**
315 Deadrick Street, Suite 2700
Nashville, TN 37238

Jeffrey Maletta, Esq.
Nicole A. Baker
**K & L Gates**
1601 K Street NW
Washington, DC 20006

Emily Nicklin, Esq.
Timothy A. Duffy
**Kirkland & Ellis**
200 East Randolph Drive
Chicago, IL 60601-6636

David B. Tulchin
D. Andrew Pietro
David E. Swarts
Margaret E. Bartlett
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004

Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
**Baker Donelson Bearman Caldwell
& Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

<u>s/ Jerome A. Broadhurst</u>
Jerome A. Broadhurst