# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 03, 2011

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

Re: Case No. 09-6265, *Richard Atkinson v. Morgan Asset Management, Inc.*
Originating Case No. : 08-02694

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Nancy Barnes
Case Manager
Direct Dial No. 513-564-7022

cc: Ms. Nicole A. Baker
Mr. Jerome A. Broadhurst
Mr. David T. Case
Mr. Shayne Radley Clinton
Mr. Matthew M. Curley
Mr. Michael L. Dagley
Mr. Timothy A. Duffy
Mr. Gregg Martin Fishbein
Mr. Richard A. Lockridge
Mr. Jeffrey B. Maletta
Mr. Wade Brantley Phillips Jr.
Mr. Charles D. Reaves
Mr. Kristopher Scott Ritter

Mr. Matthew R. Salzwedel
Mr. David Edward Swarts
Mr. Nicholas George Terris
Mr. David Bruce Tulchin
Mr. Vernon Jay Vander Weide

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

No: 09-6265

---

Filed: October 03, 2011

RICHARD A. ATKINSON, MD, et al

    Plaintiff - Appellant

v.

MORGAN ASSET MANAGEMENT, INC., et al

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 09/08/2011 the mandate for this case hereby issues today.

COSTS: None